RECEIVED
IN MONROE, LA

JUL 7 - 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **COMRED WILLIAMS** | **CIVIL ACTION NO. 07-2148** |
| **VS.** | **SECTION P** |
| **INVESTIGATOR FRANK JONES, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that plaintiff's civil rights complaint, insofar as it is based upon an allegedly illegal search and seizure be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief might be granted;

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint, insofar as it alleges false arrest, imprisonment and prosecution be **DISMISSED WITH PREJUDICE** (to their being asserted again until the *Heck v. Humphrey* conditions are met) as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint, insofar as it seeks monetary relief from the District Attorney, his Assistant District Attorney, and/or the Judges of the Fifth Judicial District Court be **DISMISSED WITH PREJUDICE** for seeking monetary relief against defendants who are immune from such relief;

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint, insofar as it seeks judgment against plaintiff's court-appointed attorney, be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted since said party is not a "state actor" as defined by 42 U.S.C. §1983.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this _____7_____ day of ____July____, 2008.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**